IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY C. ELLIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 06-0596-CG-M** |
| | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

Pursuant to the order entered this date **ADOPTING** the report and recommendation of the magistrate judge, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED WITH PREJUDICE,** and **JUDGMENT is entered in favor of the State of Alabama.**

**DONE** and **ORDERED** this 23rd day of May, 2007.

　　　　　　　　　　　　　　　　　　  /s/ Callie V. S. Granade
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE